UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>3.29 ACRES OF IMPROVED LAND, MORE OR LESS, SITUATED IN THE CITY OF CHATTANOOGA, HAMILTON COUNTY, TENNESSEE; PROVIDENT LIFE & ACCIDENT INSURANCE COMPANY, A TENNESSEE CORPORATION; BRIGHT BASE LLC, A TENNESSEE CORPORATION; OFFICE OF THE CITY TREASURER OF CHATTANOOGA; AND HAMILTON COUNTY TRUSTEE,<br><br>    Defendants. | No. _____ |

**COMPLAINT IN CONDEMNATION WITH DECLARATION OF TAKING**

    1.    This is a civil action brought by the United States of America, at the request of the General Services Administration of the United States of America, for the taking of property in Chattanooga, Tennessee, under its power of eminent domain and through a Declaration of Taking, and for the determination of an award of just compensation to the owners and parties in interest.

    2.    The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1358. The Court has venue under 28 U.S.C. § 1403.

    3.    The authority for the acquisition is set forth in Schedule A of the Declaration of Taking, which is attached hereto and made a part hereof.

    4.    The public purpose for which said property is taken is set forth in Schedule B of the Declaration of Taking, which is attached hereto and made a part hereof.

1

Case 1:26-cv-00035-TLP    Document 1    Filed 02/13/26    Page 1 of 2    PageID #: 1

5. A legal description of the property taken is set forth in Schedule C of the Declaration of Taking, which is attached hereto and made a part hereof.

6. A map showing the property taken is set forth in Schedule D of the Declaration of Taking, which is attached hereto and made a part hereof.

7. A description of the estate taken is set forth in Schedule E of the Declaration of Taking, which is attached hereto and made a part hereof.

8. The estimate of just compensation is stated in Schedule F of the Declaration of Taking, which is attached hereto and made a part hereof.

9. The names and addresses of known parties that may have or claim an interest in said property are set forth in Schedule G of the Declaration of Taking, which is attached hereto and made a part hereof.

WHEREFORE, Plaintiff United States of America requests judgment that the property and interests be condemned, that just compensation for the taking be ascertained and awarded, and that the Court award such other relief as may be lawful and proper.

DATED: February 13, 2026                Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

/s/ *Seth A. Mohney*
Seth A. Mohney
Trial Attorney, U.S. Department of Justice
Environment and Natural Resources Div.
P.O. Box 7611 – Ben Franklin Station
Washington, D.C. 20044
Tel:    (202) 353-5371
Fax:   (202) 353-7763
seth.mohney@usdoj.gov

*Attorneys for Plaintiff United States*