| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>3.29 ACRES OF IMPROVED LAND, MORE OR LESS, SITUATED IN THE CITY OF CHATTANOOGA, HAMILTON COUNTY, TENNESSEE; PROVIDENT LIFE & ACCIDENT INSURANCE COMPANY, A TENNESSEE CORPORATION; BRIGHT BASE LLC, A TENNESSEE CORPORATION; OFFICE OF THE CITY TREASURER OF CHATTANOOGA; AND HAMILTON COUNTY TRUSTEE,<br><br>Defendants. | No. 1:26-cv-00035-TLP |

**STIPULATION AND NOTICE REGARDING INTERIM PARKING
ARRANGEMENTS AND TRANSFER OF POSSESSION**

Plaintiff United States of America, Defendant Provident Life & Accident Insurance Company ("Provident Life"), and Defendant Bright Base LLC ("Bright Base") (collectively, "Parties"), hereby stipulate to (i) interim parking arrangements on the Big Lots (defined below) and the Small Middle Lot (defined below) located on the Property (defined below) during the month of March 2026, and (ii) the transfer of possession of

the Property to the United States,[1] at 8:00 a.m. on April 1, 2026. In support of this stipulation, the Parties agree as follows:

<u>**RECITALS**</u>

1. This is a condemnation action filed by the General Services Administration to obtain title to and possession of approximately 3.29 acres of land located in Chattanooga, Tennessee (the "Property") for the construction of a new federal courthouse for the Eastern District of Tennessee. *See* ECF No. 1. The Property is improved with surface parking lots and is more fully described in Schedules C and D of the Declaration of Taking. ECF No. 1-1 at 6-8. The United States initiated this action by filing a Complaint and Declaration of Taking on February 13, 2026.

2. Title vested in the United States on February 13, 2026, pursuant to the Declaration of Taking Act, following the filing of the Declaration of Taking and deposit of estimated just compensation ($4,950,000.00) into the Court registry. 40 U.S.C. § 3114(b); *see* docket entry on Feb. 13, 2026 (noting "[f]unds received").

3. The Property includes surface parking lots designated as C6 and C8 (collectively, the "Big Lots") and a smaller parking lot designated as C7 (the "Small Middle Lot"). Bright Base has been managing and operating parking on the Property on behalf of Provident Life (the "Parking Arrangement").

4. The United States requires exclusive use of the Big Lots on weekends for investigatory and field work, including without limitation certain survey and archaeological studies (collectively, the "Investigatory Work"), which is necessary for

---

[1] Although the City Treasurer of Chattanooga and the Hamilton County Trustee have no interest in possession of the property, counsel for the United States contacted those parties regarding the transfer of possession. Neither of those parties objects to the transfer.

construction of the new federal courthouse. However, the Big Lots remain necessary for weekday parking during the remainder of the month of March 2026 pursuant to the Parking Arrangement to accommodate authorized parkers and to allow for an efficient and effective transition of such parkers to other parking arrangements managed and operated by Bright Base on behalf of Provident Life.

5. The Parties have agreed to implement interim parking arrangements to balance the needs of the United States with minimal disruption to current parkers.

6. The Parties agree to transfer possession of the Property, consistent with this stipulation, at 8:00 a.m. on April 1, 2026. By that date and time, Provident Life and Bright Base will fully vacate the Property.

7. The remaining defendants, the Office of the City Treasurer of Chattanooga and the Hamilton County Trustee, are the local taxing authorities, and they have been contacted regarding the transfer of possession. Both do not oppose this stipulation.

8. The Parties reserve all arguments relating to the final amount of just compensation of the Property.

### **STIPULATION**

WHEREFORE, in light of the recitals above, the Parties hereby stipulate and agree to the following interim parking arrangements:

9. **Weekend Exclusive Use Period.** Between 8:01 p.m. on Friday and 4:49 a.m. on Monday of each week during the remainder of the month of March 2026, the Big Lots shall be closed to all parking and reserved for the exclusive use of the United States to complete its Investigatory Work.

10. **Weekday Availability.** The Big Lots shall remain open and fully available to Bright Base and Provident Life between 5:00 a.m. on Monday and 8:00 p.m. on Friday of each week during the remainder of the month of March 2026, to accommodate parkers pursuant to the Parking Arrangement.

11. **Access Control Measures.** The United States may implement the following measures to ensure compliance with weekend parking closure, to promote the safety of personnel during Investigatory Work, and to discourage unauthorized parking: (i) installing fencing around the Property to secure the site from general public access; however, the fencing shall not interfere with vehicles from entering or exiting either the Big Lots or the Small Middle Lot except as permitted in ¶ 11(ii) that follows; (ii) blocking off lot entrances to the Big Lots during the applicable weekend times described in Paragraph 9; and (iii) placing signage at the Big Lots indicating that the lots are closed for weekend parking during the specified hours.

12. **Subsequent Lot Transition.** Upon completion of the Investigatory Work on the Big Lots, the arrangement described in Paragraphs 9-11 shall invert, such that: (i) the United States shall have exclusive weekend use of the Small Middle Lot during the same weekend hours specified in Paragraph 9; and (ii) the Big Lots shall again be available to Bright Base and Provident Life for weekend parking pursuant to the Parking Arrangement during the remainder of the month of March 2026.

13. **Final Transfer Date.** The United States, Provident Life, and Bright Base hereby stipulate that the United States shall take, and Defendants Provident Life and Bright Base shall relinquish, possession of the Property at 8:00 a.m. on April 1, 2026. Provident Life and Bright Base shall remove personal property, if any, from the

Property and provide the United States all access associated with the Property by that date and time in accordance with this stipulation.

Case 1:26-cv-00035-TLP    Document 20    Filed 03/11/26    Page 5 of 7    PageID #: 97

DATED: March 11, 2026   Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney
General

/s/ *Seth A. Mohney**
Seth A. Mohney
Trial Attorney, U.S. Department of Justice
Environment and Natural Resources
Division
P.O. Box 7611 – Ben Franklin Station
Washington, D.C. 20044
Tel:  (202) 353-5371
Fax:  (202) 353-7763
seth.mohney@usdoj.gov

*Attorneys for Plaintiff United States*

Jed Roebuck (BPR # 030554)
 605 Chestnut Street, Suite 1700
 Liberty Tower
 Chattanooga, Tennessee 37450
 Telephone:  (423) 756-3000
 Facsimile:   (423) 508-1220
 Email: jroebuck@chamblisslaw.com

*Attorney for Defendant Bright Base*

Paul Joseph Kiernan
Holland & Knight LLP
800 17th Street N.W., Suite 1100
Washington, D.C. 20006
Telephone: (202) 663-7276
paul.kiernan@hklaw.com

*Attorney for Provident Life & Accident
Insurance Company*

* Counsel for the United States represents that counsel for Bright Base and Provident
Life listed in the above signature blocks have consented to the filing of this document.
*See* ECF Filing Rule 6 for the Eastern District of Tennessee.

**CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2026, I electronically filed the foregoing Stipulation with the Clerk of the Court using the CM/ECF System. That filing generated a notice to all individuals registered with ECF for this case. I also hereby certify that I will mail a copy of this document to the following individuals who are not registered with ECF at this time:

| |
|---|
| Paul Joseph Kiernan<br>Holland & Knight LLP<br>800 17th Street N.W., Suite 1100<br>Washington, D.C. 20006<br><br>*Counsel for Provident Life & Accident Insurance Company* |
| Jed Roebuck<br>Chambliss, Bahner & Stophel, P.C.<br>605 Chestnut Street, Suite 1700<br>Chattanooga, TN 37450<br><br>*Counsel for Bright Base LLC* |
| Phil Noblett<br>100 E. 11th Street, Suite 200<br>Chattanooga, TN 37402<br><br>*Counsel for Office of the City Treasurer of Chattanooga* |
| James Davey<br>625 Georgia Avenue, Rm 210<br>Chattanooga, TN 37402<br><br>*Counsel for Hamilton County Trustee* |

/s/ *Seth A. Mohney*
Seth A. Mohney
Attorney, U.S. Department of Justice