**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Case No. 1:26-cv-35** |
| **3.29 ACRES OF IMPROVED LAND,** | ) | |
| **MORE OR LESS, SITUATED IN THE** | ) | **Judge Thomas L. Parker** |
| **CITY OF CHATTANOOGA,** | ) | |
| **HAMILTON COUNTY, TENNESSEE;** | ) | |
| **PROVIDENT LIFE & ACCIDENT** | ) | |
| **INSURANCE COMPANY, A** | ) | |
| **TENNESSEE CORPORATION;** | ) | |
| **BRIGHT BASE LLC, A TENNESSEE** | ) | |
| **CORPORATION; OFFICE OF THE** | ) | |
| **CITY TREASURER OF** | ) | |
| **CHATTANOOGA; and HAMILTON** | ) | |
| **COUNTY TRUSTEE,** | ) | |
| | ) | |
| **Defendants.** | ) | |

---

**DEFENDANT PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY'S**
**ANSWER TO COMPLAINT FOR CONDEMNATION**

---

Pursuant to Federal Rule of Civil Procedure 71.1(e)(2), Defendant Provident Life and Accident Insurance Company ("Provident"), by and through its undersigned counsel, submits this Answer to the Complaint for Condemnation with Declaration of Taking (ECF No. 1) filed by the United States of America ("Plaintiff").

**RESPONSES TO NUMBERED PARAGRAPHS OF THE COMPLAINT**

1.      Provident admits the allegations in Paragraph 1.

2.      Provident admits the allegations in Paragraph 2.

1

3. Provident admits that Schedule A to the Declaration of Taking states the authority for the taking of the property at issue in this action (the "Subject Property"). Provident affirmatively avers that it is not contesting the authority of Plaintiff to take the Subject Property.

4. Provident admits that Schedule B to the Declaration of Taking sets forth a public purpose for which the Subject Property is sought to be taken by Plaintiff via this lawsuit. Provident affirmatively avers that it is not contesting the public purpose.

5. Provident admits that Schedule C to the Declaration of Taking contains a legal description of the Subject Property that Plaintiff seeks to take via this lawsuit.

6. Provident admits that Schedule D to the Declaration of Taking contains a map showing the Subject Property that Plaintiff seeks to take via this lawsuit.

7. Provident admits that Schedule E to the Declaration of Taking describes the estate that Plaintiff seeks to take via this lawsuit.

8. Provident admits that Plaintiff has deposited into this Court the sum of $4,950,000.00 as estimated just compensation but disputes that the amount deposited by Plaintiff constitutes just compensation for the taking of the Subject Property.

9. Provident admits that it is an interested party in the Subject Property, as it is the current owner in fee simple of the Property. Provident denies that the other listed parties in Schedule G have an interest in the Subject Property.

### PROVIDENT'S OBJECTIONS AND DEFENSES PURSUANT TO FED. R. CIV. P. 71.1(e)(2)

1. Provident states it is entitled to be paid just compensation equal to the fair-market value of the Subject Property. *United States v. Miller*, 317 U.S. 369, 376–77 (1943). The amount deposited by Plaintiff into this Court does not constitute just compensation.

2

2.	The United States began considering the Subject Property as a potential site for the new courthouse many months prior to the taking and announced this site as the chosen site for the courthouse months before this litigation commenced. By effectively clouding title months before the date of filing, the United States may be liable for just compensation for a date prior to the date of the filing of the Complaint.

**WHEREFORE**, Provident prays that this Court enter judgment in Provident's favor for the just compensation for the condemnation of the Subject Property, along with any other such relief as this Court may deem just and proper.

/s/ Elizabeth Boston Malloy
Michael A. Cottone (Tenn. BPR No. 033253)
*(pro hac vice, admission to EDTN pending)*
Elizabeth Boston Malloy (Tenn. BPR No. 038669)
HOLLAND & KNIGHT LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
(615) 244-6380
michael.cottone@hklaw.com
elizabeth.malloy@hklaw.com

/s/ Paul J. Kiernan
Paul J. Kiernan
(District of Columbia BPR No. 385627)
*(pro hac vice )*
HOLLAND & KNIGHT LLP
800 17th Street, NW, Suite 1100
Washington, DC 20006
(202) 663-7276
paul.kiernan@hklaw.com

# **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing was served via the Court's electronic filing system on March 13, 2026, including on the following counsel of record in this matter:

Seth A. Mohney
Trial Attorney, U.S. Department of Justice
Environment and Natural Resources Div.
P.O. Box 7611 – Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 353-5371
Fax: (202) 353-7763
seth.mohney@usdoj.gov

*Attorney for Plaintiff*

*/s/ Elizabeth Boston Malloy*