| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>3.29 ACRES OF IMPROVED LAND, MORE OR LESS, SITUATED IN THE CITY OF CHATTANOOGA, HAMILTON COUNTY, TENNESSEE; PROVIDENT LIFE & ACCIDENT INSURANCE COMPANY, A TENNESSEE CORPORATION; BRIGHT BASE LLC, A TENNESSEE CORPORATION; OFFICE OF THE CITY TREASURER OF CHATTANOOGA; AND HAMILTON COUNTY TRUSTEE,<br><br>Defendants. | No. 1:26-cv-00035-TLP |

## NOTICE OF DISCLAIMER OF INTEREST

The United States hereby notices all parties and their attorneys of record that Bright Base LLC has authorized the United States to file the attached Disclaimer of Interest (Exhibit 1) on Bright Base's behalf.

1

DATED: May 5, 2026                         Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

/s/ *Seth A. Mohney*
Seth A. Mohney
Trial Attorney, U.S. Department of Justice
Environment and Natural Resources Div.
P.O. Box 7611 – Ben Franklin Station
Washington, D.C. 20044
Tel:     (202) 353-5371
Fax:     (202) 353-7763
seth.mohney@usdoj.gov

*Attorneys for Plaintiff United States*

2

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on May 5, 2026, I filed the foregoing Notice and Disclaimer on the Court's docket using the ECF system, which effectuates service on all parties who have appeared. I will also serve the Notice and Disclaimer by mail or email (as noted) on the below parties who have not appeared.

| **By Mail** |
| --- |
| Jed Roebuck <br> Chambliss, Bahner & Stophel, P.C. <br> 605 Chestnut Street, Suite 1700 <br> Chattanooga, TN 37450 <br> *Counsel for Bright Base LLC* |
| **By Email With Counsel's Consent** |
| Phil Noblett <br> pnoblett@chattanooga.gov <br><br> *Counsel for Office of the City Treasurer of Chattanooga* |
| James Davey <br> jdavey@hamiltontn.gov <br><br> *Counsel for Hamilton County Trustee* |

<u>/s/ *Seth A. Mohney*</u>
Seth A. Mohney

3