# EXHIBIT 1

UNITED STATES OF AMERICA,

Plaintiff,

vs.

3.29 ACRES OF IMPROVED LAND,
MORE OR LESS, SITUATED IN THE
CITY OF CHATTANOOGA,
HAMILTON COUNTY, TENNESSEE;
PROVIDENT LIFE & ACCIDENT
INSURANCE COMPANY, A
TENNESSEE CORPORATION;
BRIGHT BASE LLC, A TENNESSEE
CORPORATION; OFFICE OF THE
CITY TREASURER OF
CHATTANOOGA; AND HAMILTON
COUNTY TRUSTEE,

Defendants.

No. 1:26-cv-00035-TLP

## DISCLAIMER OF INTEREST

Defendant, Bright Base LLC, responds to the Complaint of the United States of America as follows:

Bright Base LLC hereby disclaims any and all right, title, claim, or interest in the property at issue in this condemnation action, as more particularly described in the Complaint and Declaration of Taking filed herein.

Bright Base LLC understands and acknowledges that it has no right or obligation to participate in further proceedings herein after the filing of this disclaimer, and that no damages, costs, litigation expenses, attorney's fees, or interest will be assessed in favor of or against it in

3

this action. The undersigned further disclaims any right, title, claim or interest in the

compensation paid or to be paid in this case, and asks the Court to be dismissed from this action.

Dated: May 4, 2026

_____
**Signature**

Jed Roebuck
Chambliss, Bahner & Stophel, P.C.
Counsel for Bright Base LLC
**Printed Name**

605 Chestnut Street, Suite 1700
Liberty Tower
Chattanooga, TN 37450
**Address**

jroebuck@chamblisslaw.com
**Email Address**

(423) 756-3000
**Telephone Number**

4

29467_00/25002/CGY-4932-9197-1751_1