# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:26-cv-00035-TLP |
| v. | ) | |
| | ) | |
| 3.29 ACRES OF IMPROVED LAND, | ) | |
| MORE OR LESS, SITUATED IN THE | ) | |
| CITY OF CHATTANOOGA, HAMILTON | ) | |
| COUNTY, TENNESSEE, PROVIDENT | ) | |
| LIFE & ACCIDENT INSURANCE | ) | |
| COMPANY, A Tennessee Corporation; | ) | |
| BRIGHT BASE LLC, A Tennessee | ) | |
| Corporation, OFFICE OF THE CITY | ) | |
| TREASURER OF CHATTANOOGA, and | ) | |
| HAMILTON COUNTY TREASURER, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING UNOPPOSED MOTION FOR DISBURSEMENT OF DEPOSITED FUNDS

The Court hereby **GRANTS** the Unopposed Motion for Disbursement of Deposited

Funds filed by Provident Life and Accident Insurance Company ("Provident"). The

disbursement is subject to the following conditions:

1. Provident shall pay and discharge in full all taxes, assessments, liens, and

   encumbrances against the property, if any, in existence as of the date of taking.

2. If the final award exceeds the amount of the deposit, the amounts paid to

   Provident from said deposit, including any sums paid therefrom to other parties

   that have valid claims or for taxes, liens, or encumbrances, shall be partial

   payment of the final award;

3. Provident has acknowledged that it shall be liable for any valid claims by other interested parties if it is ultimately determined that Provident is entitled to less than the amount disbursed, and, if so, Provident shall return the difference to the Court with interest at the rate of 52-week Treasury Bills, calculated in accordance with the provisions of 40 U.S.C. § 3116 from the date of disbursal of the deposit to the date of repayment into the Registry of the Court;

4. In the event that a final judgment is entered for just compensation in an amount less than that which has been paid to Provident, including any amount expended for taxes, liens, or encumbrances, Provident agrees to refund into the registry of the Court the amount by which such payments exceed said judgment, with interest at the rate of 52-week Treasury Bills, from the date of disbursal of the deposit to the date of repayment into the registry of the Court, calculated in accordance with the provisions of 40 U.S.C. § 3116;

5. The United States shall be held harmless from the claims of any and all parties having liens or encumbrances and any other parties who may be entitled to the distributed funds or any part thereof by virtue of any recorded or unrecorded agreement.

6. This motion is made without prejudice to Provident's right to claim additional compensation for the taking of Provident's property interest, if any.

The Clerk of the Court is directed to disburse $4,950,000.00, plus any accrued interest on that amount, to Provident.

**SO ORDERED**, this 19th day of May, 2026.

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

2